# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LARRY EUGENE DURRENCE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-137 |
| | * | |
| v. | * | |
| | * | |
| CITY OF BRUNSWICK; OFFICER AUSTIN | * | |
| ARMSTRONG; BRUNSWICK MUNICIPAL | * | |
| COURT; SONYA M., D.D.S.; and D.U.I. | * | |
| REDUCTION & DEFENSIVE DRIVING, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint without prejudice based on his failure to follow this Court's Orders and failure to prosecute. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this

case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 14 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)